**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

E.L.O. Corporation
                                    Plaintiff,

v.                                                                  Case No.: 1:25−cv−12007
                                                                                Honorable Edmond E. Chang

CEYOME Health Direct, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 18, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: Counsel for the Plaintiff emailed the courtroom deputy to report that the Plaintiff does not object to Defendant CEYOME Health Direct's extension motion to answer or otherwise plead, R. 32. The Defendant's extension motion to respond to the complaint [32] is granted to 12/08/2025. The default−judgment motion deadline of 11/26/2025 is vacated. The tracking status hearing of 12/05/2025 is reset to 12/19/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file the joint initial status report by 12/11/2025. If the Defendants do not answer on time (12/08/2025), then they shall be deemed in default, and the Plaintiff shall file a default−judgment motion by 12/11/2025. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.