**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

E.L.O. Corporation

          Plaintiff,

v.                  Case No.: 1:25−cv−12007
                 Honorable Edmond E. Chang

CEYOME Health Direct, et al.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 8, 2025:

   MINUTE entry before the Honorable Edmond E. Chang: The Defendant's second unopposed extension motion to respond to the complaint [35] is granted to 01/05/2026, given the continued settlement negotiations. The parties must advance those negotiations promptly and in good faith. The tracking status hearing of 12/19/2025 is reset 01/16/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file the joint initial status report by 01/09/2026. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.