**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| E.L.O. CORPORATION,<br><br>    PLAINTIFF,<br><br>V.<br><br>CEYOME HEALTH DIRECT, ET AL.<br><br>    DEFENDANTS. | CASE NO.: 1:25-CV-12007<br><br>JUDGE EDMOND E. CHANG<br><br>MAGISTRATE JUDGE JEFFREY T. GILBERT |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the Defendants. As the Parties have reached resolution as to all underlying claims, this matter shall now be terminated.

Dated: January 2, 2026

Respectfully submitted,

*/s/ Alison K. Carter*
Alison K. Carter
Ann Marie Sullivan
Gouthami V. Tufts
John J. Mariane

**SULLIVAN & CARTER, LLP** 111
W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***